IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br>vs.<br><br>KIANA MICHELLE STABLER,<br><br>                Defendant. | **4:17CR3123**<br><br>**ORDER** |

IT IS ORDERED:

1) Defendant's motion to review the conditions of supervised release, (Filing No. 243), is granted.

2) Defendant shall comply with all terms and conditions of supervised release except as follows:

   Defendant shall be released to reside at St. Monica's, Lincoln, Nebraska and participate in that facility's treatment program. The defendant shall fully comply with the requirements of defendant's treatment plan and all rules of the facility. If the defendant is discharged from the facility for any reason whatsoever, or leaves the premises of the facility without authorization, the United States Marshal, and/or any law enforcement officer is ordered to take the defendant into custody and detain the defendant pending a prompt hearing before the court.

3) Defendant shall arrive at St. Monica's, Lincoln, Nebraska by 12:00 (noon) on June 12, 2025. Once transportation has been arranged, defense counsel will contact the United States Marshals office with the information regarding who will be providing transportation. If probation has no objection to release to this particular individual, the Marshal shall release Defendant to that person on June 12, 2025 at 10:30 a.m. for timely transport to the facility.

Dated this 28th day of May, 2025.

BY THE COURT:

*s/ Jacqueline M. DeLuca*
United States Magistrate Judge